IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH JUAN BUTTERCASE, | |
| Petitioner, | 8:18CV131 |
| v. | |
| SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services, | ORDER |
| Respondent. | |

IT IS ORDERED that Petitioner's Motion to Appoint Counsel (filing no. 3) and Motions to Stay (filing nos. 8 and 16) are denied without prejudice.

DATED this 18th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge