IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOSEPH JUAN BUTTERCASE, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:18CV131 |
| v. | ) | |
| SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent shall have until January 30, 2019, to file his response to Petitioner's Motion to Compel (filing no. 24). Petitioner shall have until February 6, 2019, to file his reply brief.

DATED this 17th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge