IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| | ) | 8:18CV131 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SCOTT R. FRAKES, Director, | ) | |
| Nebraska Department of Correctional | ) | |
| Services, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

There are two motions pending before me. After careful consideration,

IT IS ORDERED that:

(1) The motion for extension of time to file a response to filing no. 24 (filing no. 27) is granted. Respondent is given until February 20, 2019, to file a response and Petitioner is given until March 4, 2019, to file a reply brief.

(2) The motion for extension time to file Respondent's answer and brief (filing no. 26) is granted. Respondent is given until February 20, 2019, to file an answer and supporting brief.

DATED this 1st day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge