IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV131 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional | ) | |
| Services, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Respondent's Second Motion for Extension of Time to File Respondent's Answer and Brief (filing no. 30) is granted. Respondent's Answer and Brief are due March 6, 2019. Petitioner's Responsive Brief is due April 5, 2019. Respondent's Reply Brief is due May 6, 2019.

DATED this 21st day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge