IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV131 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Respondent shall file a responsive brief to Petitioner's Motion to Withdraw Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus and for Dismissal Without Prejudice to Reassertion (Second Motion) (filing no. 44) on or before April 22, 2019.

(2) Petitioner's Motion for Expedited Ruling (filing no. 43) is denied.

DATED this 15th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge