IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV131 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional | ) | |
| Services, | ) | |
| | ) | |
| Respondent. | ) | |

After careful consideration,

IT IS ORDERED that:

(1) Petitioner's Motion to Compel (filing no. 24), Objection to State Court Records (filing no. 36) and Motion to Withdraw Document (filing no. 44) are denied.

(2) Petitioner's Responsive Brief shall be filed with the court on or before June 4, 2019. Respondents' Reply Brief shall be filed with the court on or before July 5, 2019.

DATED this 23rd day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge