IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| Petitioner, | ) | 8:18CV131 |
| v. | ) | |
| SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services, | ) | ORDER |
| Respondent. | ) | |

After careful consideration,

IT IS ORDERED that:

(1) The Petitioner's Motion for Leave to File Reply Brief (filing no. 48) is denied.

(2) The Petitioner is reminded that Petitioner's responsive brief shall be filed with the court on or before June 4, 2019.

DATED this 7th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge