IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOSEPH JUAN BUTTERCASE, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV131 |
| v. | ) | |
| SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Petitioner's Motion for Extension of Time to File Petitioner's Responsive Brief (filing no. 62) is granted.  <u>No further extensions will be granted.</u>

(2) Petitioner's Responsive Brief shall be filed on or before August 5, 2019.

(3) Respondent's Reply Brief shall be filed on or before September 5, 2019.

DATED this 4th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge