# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| Petitioner, | ) | 8:18CV131 |
| v. | ) | |
| SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent's Motion for Extension of Time to File Respondent's Reply Brief (filing no. 69) is granted. Respondent shall file his Reply Brief on or before September 30, 2019.

DATED this 26th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge