IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH JUAN BUTTERCASE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV131 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that:

1. Respondent's motion to extend, Filing no. 76, is granted. Respondent is not required to file a reply brief until the undersigned has ruled on the Petitioner's motion to stay, Filing no. 73.

2. Respondent shall file a brief, and evidence if desired, responsive to Petitioner's motion to stay, Filing no. 73, on or before Monday, October 28, 2019. My chambers shall calendar this matter to bring this file to my attention upon the filing of Respondent's brief.

DATED this 3rd day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge