IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOSEPH JUAN BUTTERCASE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:18CV131 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Department of Correctional | ) | |
| Services, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Respondent's Motion for Extension of Time to File Brief in Response to Petitioner's Motion to Stay (filing no. 78) is granted. Respondent shall file a brief, and evidence if desired, responsive to Petitioner's Motion to Stay (filing no. 73), on or before November 18, 2019. My chambers shall calendar this matter to bring this file to my attention upon the filing of Respondent's brief.

DATED this 31st day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge