IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH JUAN BUTTERCASE,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services,<br><br>　　　　　　Respondent. | 8:18CV131<br><br>ORDER |

　　　Based on Respondent's Notices (Filing nos. 84 and 85),

　　　IT IS ORDERED that the stay of this matter will remain in affect until I am notified by the parties that the Nebraska Supreme Court has resolved Petitioner's untimely motion for rehearing and motion to make timely. At that time, the parties shall also advise me whether the claims set forth in Filing no. 19 remain appropriate and whether there are additional claims or other issues that need to be resolved in my future progression order.

　　　Dated this 9th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge