IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH JUAN BUTTERCASE, | |
| Petitioner, | 8:18CV131 |
| vs. | |
| SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services; | ORDER |
| Respondent. | |

IT IS ORDERED that counsel for the Petitioner shall no later than July 30, 2020, advise the court and Respondent whether the claims previously set forth remain the claims to be litigated or whether there are additional claims and, if so, what those claims are.

Dated this 20th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge