IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH JUAN BUTTERCASE,

Petitioner,

vs.

SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services;

Respondent.

8:18CV131

ORDER

Upon consideration,

IT IS ORDERED that the motion for extension of time to supplement Petitioner's claims (Filing 89) is held in abeyance. The motion to continue stay (Filing 90) is granted, but only to the extent that Petitioner will be given time to file a petition for writ of certiorari with the United States Supreme Court and until the Supreme Court has ruled. Upon receiving such ruling, Petitioner's counsel shall advise the undersigned and counsel for the Respondent and propose what further action, if any, is required.

Dated this 29th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge