IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH JUAN BUTTERCASE,

          Petitioner,

vs.

SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services,

          Respondent.

8:18CV131

**ORDER**

After a telephonic discussion with counsel and with their agreement,

IT IS ORDERED that:

(1) Petitioner's Motion for Extension of Time to Supplement Petitioner's Claims (Filing 89) is granted to the extent provided herein.

(2) Petitioner is given until April 1, 2021, to file an amended petition.

(3) If an amended petition is not filed, the matter will be resolved on the previously submitted briefs.

(4) If an amended petition is filed, Respondent shall file an answer and brief within 30 days of the submission of the amended petition.

(5) Petitioner may file a responsive brief within 30 days after submission of Respondent's answer and brief.

(6) Respondent may file a reply brief within 10 days after submission of Petitioner's brief.

Dated this 2nd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2