IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH JUAN BUTTERCASE,

    Petitioner,

vs.

SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services;

    Respondent.

8:18CV131

**ORDER**

IT IS ORDERED that:

(1)    Petitioner's Motion for Extension of Time to Respond to Respondent's Answer (Filing 102) is granted.

(2)    Petitioner is given until July 26, 2021, to file his responsive brief.

(3)    Respondent is given until August 5, 2021, to file his reply brief.

Dated this 25th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge