IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH JUAN BUTTERCASE,

Petitioner,

vs.

SCOTT R. FRAKES, Director, Nebraska Department of Correctional Services;

Respondent.

8:18CV131

**ORDER**

IT IS ORDERED that:

(1) Petitioner's Motion for Extension of Time to Respond to Respondent's Answer (Filing 105) is granted in part and denied in part.

(2) Respondent's Objection to Petitioner's Motion for Extension (Filing 106) is granted in part and denied in part.

(3) Petitioner shall file his responsive brief on or before August 20, 2021.

(4) Respondent may file his reply brief on or before August 30, 2021. If a reply brief is deemed unnecessary, Respondent shall advise the undersigned by filing a notice that the case is ready for submission without a reply brief.

Dated this 29th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge